IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

JOSEPH N. WILLIAMS  
Ohio Atty. Reg. No. 0037392  
RESPONDENT

Case No.: 1:10-MC-052  
Chief Judge Susan J. Dlott

## O R D E R

It appearing to the Court that on January 18, 2012 an Order was entered in this proceeding permanently disbarring Respondent from the practice of law in this Court, and directing him to surrender his certificate of admission and file an affidavit showing compliance, and a Response having been filed with the Clerk of this Court;

**IT IS ORDERED** that Respondent is found in compliance and this matter is **CLOSED**.

**IT IS SO ORDERED.**

Susan J. Dlott, Chief Judge  
United States District Court  
Southern District of Ohio